

FILED
CLERK, U.S. DISTRICT COURT

MAR 10 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>PLAINTIFF | | CASE NUMBER<br><br>*11-00505 m* |
| v.<br><br>*Francisco Banuelos Perez*<br>DEFENDANT(S). | | **ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |

Upon motion of ____*act*____, IT IS ORDERED that a detention hearing
is set for ____*dtn hrg*____, ____*3/16/11*____, at ____*2³⁰*____ ☐a.m. / ☒p.m. before the
Honorable ____*Ralph Zarefsky*____, in Courtroom ____*540*____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or
_____ and produced for the hearing.
_____*(Other custodial officer)*_____

Dated: ____*3/10/11*____        _____
                                U.S. District Judge/Magistrate Judge